IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GARY STEVENSON § | |
| § | |
| v. § | C.A. No. 4:23-cv-00572 |
| § | |
| MCCARTHY BUILDING COMPANIES, § | |
| INC. § | |

## NOTICE OF REMOVAL

COMES NOW, McCarthy Building Companies, Inc. ("Defendant"), and without waiving any of its defenses, hereby gives notice of removal of this case from the 333rd Judicial District Court of Harris County, Texas to the United States District Court for the Southern District of Texas, Houston Division, pursuant to 28 U.S.C. §§ 1332 and 1441(a).

1. Plaintiff, Gary Stevenson, filed this action on January 4, 2023 in the 333rd Judicial District Court of Harris County, Texas.

2. Plaintiff alleges that that he was a seaman, and he seeks recovery under the Jones Act and at general maritime law.

3. While a Jones Act claim originally filed in state court is generally not removable, it is removable when the allegations are made to frustrate federal jurisdiction.

4. A defendant may pierce the pleadings to show that a Jones Act claim was improperly pleaded to prevent removal.

5. The Jones Act is available only to seaman, and seaman status requires a connection to a vessel or fleet that is substantial in nature and duration.

6. Here, Plaintiff was a land-based construction worker who did minimal work on vessels, and he cannot be a seaman as a matter of law.

7. Because Plaintiff cannot be a seaman as a matter of law, the Jones Act does not bar removal.

8. Plaintiff is a resident of Louisiana, Defendant is a resident of Missouri, there is complete diversity, the amount in controversy exceeds $75,000, and the United States District Court for the Southern District of Texas has original jurisdiction pursuant to 28 USC § 1332.

9. Plaintiff's claims fall under the general maritime law, and 28 USC § 1333(1) provides an additional basis for the original jurisdiction of the federal courts.

10. This case is removable under 28 USC § 1441(a) because there are no legitimate statutory impediments to removal, and because all of the claims stated in Plaintiff's Original Petition fall within the federal district court's original jurisdiction.

11. This Honorable Court occupies the district and division in which Plaintiff's Original Petition was filed. *See* 28 U.S.C. § 1446(a).

12. The state court action was served on January 17, 2023, and this notice of removal is timely filed no more than 30 days after receipt of the first pleading from which it may be ascertained that the case is removable. 28 U.S.C. 1446(b)(2)(B).

13. There are no other defendants from which consent is required.

14. The Brief in Support of the Notice of Removal is attached as Exhibit A.

15. The Affidavit of Mr. Patrick "Fitz" O'Donnell is attached as Exhibit B.

16. The Affidavit of Mr. Ryan Wilhelm is attached as Exhibit C.

17. A copy of Plaintiff's Original Petition is attached as Exhibit D.

18. Copies of the state court docket sheet and all process, pleadings asserting causes of action, answers, and orders on file in the state court are attached as Exhibit E.

19. An index of the matters being filed is attached as Exhibit F.

20. A list of all counsel of record, including addresses and telephone numbers, is attached as Exhibit G.

WHEREFORE, PREMISES CONSIDERED, McCarthy Building Companies, Inc. notifies this Court of the removal of this action from the 333rd Judicial District Court of Harris County, Texas to the United States District Court for the Southern District of Texas, Houston Division.

        Respectfully submitted,

        **BROWN SIMS**

By: _____
        Allen D. Hemphill
        Attorney-in-Charge
        Texas Bar No. 00796740
        S.D. Bar No. 35337
        1177 West Loop South, Tenth Floor
        Houston, Texas 77027-9007
        Tel: (713) 629-1580
        Fax: (713) 629-5027
        ahemphill@brownsims.com

**ATTORNEY FOR DEFENDANT MCCARTHY BUILDING COMPANIES, INC.**

Of Counsel:

BROWN SIMS
Collin D. Seipel
Texas Bar No. 24052820
S.D. Bar No. 840979
Chinaza O. Okeke
Texas Bar No. 24131557
S.D. Bar No. 3803616
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
Tel: (713) 629-1580
Fax: (713) 629-5027
cseipel@brownsims.com
cokeke@brownsims.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy has been served upon all parties of record *via* certified mail, return receipt requested on February 15, 2023.

_____
Allen D. Hemphill